SO ORDERED: July 08, 2010.



*Basil H. Lorch III* (signature)

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| SULLIVAN, JR., Donald Edward ) | CASE NO. 10-06649-FJO-7 |
| a/k/a Donny Sullivan ) | |
| 509 South Main Street ) | |
| Fortville, IN 46040 ) | |
| SULLIVAN, Shawna Marie ) | |
| f/k/a Shawna Marie Hackler ) | |
| 509 South Main Street ) | |
| Fortville, IN 46040 ) | |
| Debtors ) | |

**CORRECTED ORDER FOR ABANDONMENT OF REAL ESTATE AND**
**FOR RELIEF FROM STAY**

Comes now, U.S. Bank, N.A., ("Applicant"), by counsel, Andrew M. David, having filed its Corrected Application for Abandonment of Real Estate and for Relief From Stay, and the Court, having examined said application and being duly advised in the premises and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate of the debtors located in Hamilton County, Indiana, more particularly described as follows:

**LOT NUMBER 320 IN REPLAT OF HORIZONS AT CUMBERLAND POINTE, SECTION ONE, A SUBDIVISION IN HAMILTON COUNTY, INDIANA, AS PER REPLAT THEREOF, RECORDED JANUARY 28, 2005, AS INSTRUMENT NO. 200500005565, IN THE OFFICE OF THE RECORDER OF HAMILTON COUNTY, INDIANA.**

Commonly known **15483 Border Drive, Noblesville, IN 46060** is hereby abandoned by the Court as being burdensome to this estate and the automatic stay is lifted as to said real estate so as to allow applicant to proceed with In Rem foreclosure action.

IT IS FURTHER ORDERED that the fourteen (14) day stay of this Order imposed by Bankruptcy Rule 4001(a) (3) is hereby waived.

###